# SHER TREMONTE LLP

November 12, 2014

**Via ECF**

Honorable Gregory H. Woods
United States District Court
500 Pearl Street, Room 2260
New York, NY 10007

    Re:    In re Soundview Elite Ltd., et al., Debtors;
                Corinne Ball, as Chapter 11 Trustee of
                Soundview Elite Ltd. v. Soundview Composite Ltd.
                14-cv-8615-GHW

Dear Judge Woods:

      This firm represents appellant Alphonse Fletcher Jr. ("Fletcher") in the above-captioned action.

      Pursuant to Rule 1(E) of Your Honor's Individual Rules of Practice in Civil Cases, I write this letter to request an extension of time to file an appeal brief on behalf of Fletcher.  In an order dated November 4, 2014, Your Honor set today – November 12, 2014 – as the due date for Mr. Fletcher's appeal brief.

      No prior request for an extension of time to file the appeal brief has been made on behalf of Fletcher.

      There are two reasons for the request for an extension of time.  First, my firm was recently retained to represent Fletcher in the appeal and we filed a Notice of Appearance today.  Second, on November 5, 2014, Judge Robert Gerber held a hearing in the underlying bankruptcy proceeding and made certain rulings regarding a motion by plaintiff-appellee to hold certain persons in contempt of an order dated September 23, 2014 previously issued by Judge Gerber (the "September 23rd Order").  The pending appeal by Fletcher before Your Honor concerns the September 23rd Order.  Counsel for plaintiff-appellee Trustee is about to submit a proposed written order concerning the rulings made by Judge Gerber on November 5, 2014 to Judge Gerber.  As soon as the new order is executed by Judge Gerber, Fletcher and the other persons affected by the

Honorable Gregory H. Woods
November 12, 2014
Page 2

new order will file an appeal from the new order. Counsel for all parties agree that Fletcher's existing appeal before Your Honor and the appeal from the new order will involve substantially overlapping issues and it would be most efficient for the two appeals to be consolidated and the subject of a single briefing schedule. At the time that Fletcher and the other parties file an appeal from the new order, we will designate properly that new matter as "related" to the pending appeal of the September 23rd Order before Your Honor.

      I have consulted with William J. Hine, Esq., counsel for plaintiff-appellee Trustee, concerning a proposed consolidated briefing schedule for the existing Fletcher appeal and the new prospective appeal. We request the following briefing schedule:

      Consolidated Appeal Brief:   December 1, 2014
      Consolidated Appellee Brief: December 22, 2014
      Consolidated Reply Brief:    January 5, 2015

      In the alternative, I request an extension of time until November 26, 2014 to file the appeal brief on behalf of Fletcher in the matter currently pending before Your Honor.

Respectfully,

Robert Knuts

cc:    William J. Hine, Esq.
       Counsel for Plaintiff-Appellee
       (via ECF)